# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00510-MEH

OTTER PRODUCTS, LLC, and
TREEFROG DEVELOPMENTS, INC.,

    Plaintiffs,

v.

TRIPLENET PRICING, INC.,
TRIPLENETPRICING LLC,
ERIC SYPES, and
JOHN DOES 1-10, individually or as corporate/business entities,

    Defendants.

---

## ANSWER TO COUNTERCLAIMS
---

Plaintiffs/Counterclaim-Defendants Otter Products, LLC ("Otter") and TreeFrog Developments, Inc. ("TreeFrog"), through counsel, state as follows for their Answer to the Counterclaims filed by Defendant/Counterclaimant Triplenet Pricing, Inc. ("Triplenet"):[1]

### FIRST DEFENSE

355.    Otter and TreeFrog admit that Triplenet has filed Counterclaims against them. Otter and TreeFrog deny the remaining allegations contained in Paragraph 355 of the Counterclaims.

356.    Otter and TreeFrog admit that a dispute exists between the parties. Otter and TreeFrog deny the remaining allegations contained in Paragraph 356 of the Counterclaims.

357.    Otter and TreeFrog admit that internet sales are growing at a rapid pace and that online marketplaces have created unique challenges for manufacturers such as Otter and

---

[1] For the Court's ease of reference, Otter and TreeFrog follow the numbering utilized by Triplenet in its Counterclaims.

TreeFrog.  Otter and TreeFrog deny the remaining allegations contained in Paragraph 357 of the Counterclaims.

358.    Otter and TreeFrog deny the allegations contained in Paragraph 358.

359.    Otter and TreeFrog lack the knowledge or information sufficient to admit or deny the allegations contained in Paragraph 359 of the Counterclaims and therefore deny same.

360.    Otter and TreeFrog admit that Otter is a Colorado limited liability company with its principal place of business in Fort Collins, Colorado and that TreeFrog's principal place of business is Fort Collins, Colorado.  Otter and TreeFrog deny the remaining allegations contained in Paragraph 360 of the Counterclaims.

361.    Otter and TreeFrog lack the knowledge or information sufficient to admit or deny the allegations contained in Paragraph 361 of the Counterclaims and therefore deny same.

362.    Otter and TreeFrog admit that Otter is a Colorado limited liability company with its principal place of business in Fort Collins, Colorado and that TreeFrog's principal place of business is Fort Collins, Colorado.  Otter and TreeFrog deny the remaining allegations contained in Paragraph 362 of the Counterclaims.

363.    Otter and TreeFrog admit that their business includes the manufacture and distribution of mobile devices, smartphones, and tablet cases and accessories.  Otter and TreeFrog deny the remaining allegations contained in Paragraph 363 of the Counterclaims.

364.    Otter and TreeFrog admit that Triplenet and the other Defendants resell products bearing the OtterBox and LifeProof trademarks without authorization and in violation of the law.  Otter and TreeFrog lack the knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 364 of the Counterclaims and therefore deny same.

365.    Otter and TreeFrog admit that Triplenet and the other Defendants operate online storefronts on Amazon and Walmart through which they sell OtterBox and LifeProof products without authorization and in violation of the law.  Otter and TreeFrog lack the knowledge or

information sufficient to admit or deny the remaining allegations in Paragraph 365 of the Counterclaims and therefore deny same.

366. Otter and TreeFrog admit that Triplenet is not an authorized distributor of OtterBox or LifeProof products and that Triplenet does not have an agreement with Otter or TreeFrog relating to the sale of OtterBox or LifeProof Products. Otter and TreeFrog deny the remaining allegations contained in Paragraph 366 of the Counterclaims.

367. Otter and TreeFrog admit that Triplenet and the other Defendants operate online storefronts on Amazon and Walmart through which they sell OtterBox and LifeProof products without authorization and in violation of the law. Otter and TreeFrog lack the knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 367 of the Counterclaims and therefore deny same.

368. Otter and TreeFrog admit that Triplenet and the other Defendants sell products bearing the OtterBox and LifeProof trademarks without authorization and in violation of the law. Otter and TreeFrog deny the remaining allegations contained in Paragraph 368 of the Counterclaims.

369. Otter and TreeFrog admit that Triplenet and the other Defendants sell products bearing the OtterBox and LifeProof trademarks without authorization and in violation of the law. Otter and TreeFrog deny the remaining allegations contained in Paragraph 369 of the Counterclaims.

370. Otter and TreeFrog deny that they registered a complaint through Amazon alleging that Triplenet advertises and sells counterfeit Otter and TreeFrog products. Otter and TreeFrog lack the knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 370 of the Counterclaims and therefore deny same.

371. Otter and TreeFrog lack the knowledge or information sufficient to admit or deny the allegations in Paragraph 371 of the Counterclaims and therefore deny same.

372. Otter and TreeFrog deny the allegations contained in Paragraph 372 of the Counterclaims.

373. Otter and TreeFrog deny the allegations contained in Paragraph 373 of the Counterclaims.

374. Otter and TreeFrog deny the allegations contained in Paragraph 374 of the Counterclaims.

375. Otter and TreeFrog deny the allegations contained in Paragraph 375 of the Counterclaims.

376. Otter and TreeFrog incorporate their admissions, denials, and averments as if fully set forth herein.

377. Otter and TreeFrog deny the allegations contained in Paragraph 377 of the Counterclaims.

378. Otter and TreeFrog deny the allegations contained in Paragraph 378 of the Counterclaims and deny that Triplenet is entitled to the relief sought.

379. Otter and TreeFrog incorporate their admissions, denials, and averments as if fully set forth herein.

380. Otter and TreeFrog admit that Triplenet and the other Defendants operate online storefronts on Amazon and Walmart through which they sell OtterBox and LifeProof products without authorization and in violation of the law. Otter and TreeFrog lack the knowledge or information sufficient to admit or deny the allegations in Paragraph 380 of the Counterclaims and therefore deny same.

381. Otter and TreeFrog admit that Triplenet and the other Defendants operate online storefronts on Amazon and Walmart through which they sell OtterBox and LifeProof products without authorization and in violation of the law. Otter and TreeFrog deny the remaining allegations in Paragraph 381 of the Counterclaims.

382. Otter and TreeFrog deny the allegations contained in Paragraph 382 of the Counterclaims.

383. Otter and TreeFrog deny the allegations contained in Paragraph 383 of the Counterclaims.

384. Otter and TreeFrog deny the allegations contained in Paragraph 384 of the Counterclaims.

385. Otter and TreeFrog incorporate their admissions, denials, and averments as if fully set forth herein.

386. Otter and TreeFrog admit that Triplenet and the other Defendants operate online storefronts on Amazon and Walmart through which they sell OtterBox and LifeProof products without authorization and in violation of the law. Otter and TreeFrog lack the knowledge or information sufficient to admit or deny the allegations in Paragraph 386 of the Counterclaims and therefore deny same.

387. Otter and TreeFrog deny the allegations contained in Paragraph 387 of the Counterclaims.

388. Otter and TreeFrog deny the allegations contained in Paragraph 388 of the Counterclaims.

389. Otter and TreeFrog deny the allegations contained in Paragraph 389 of the Counterclaims.

390. Otter and TreeFrog incorporate their admissions, denials, and averments as if fully set forth herein.

391. Otter and TreeFrog deny the allegations contained in Paragraph 391 of the Counterclaims.

392. Otter and TreeFrog deny the allegations contained in Paragraph 392 of the Counterclaims.

393. Otter and TreeFrog deny the allegations contained in Paragraph 393 of the Counterclaims.

394. Otter and TreeFrog deny the allegations contained in Paragraph 394 of the Counterclaims.

395. Otter and TreeFrog deny the allegations contained in Paragraph 395 of the Counterclaims.

396. Otter and TreeFrog deny the allegations contained in Paragraph 396 of the Counterclaims.

397. Otter and TreeFrog deny the allegations contained in Paragraph 397 of the Counterclaims.

398. Otter and TreeFrog deny the allegations contained in Paragraph 398 of the Counterclaims.

399. Otter and TreeFrog deny the allegations contained in Paragraph 399 of the Counterclaims.

400. Otter and TreeFrog deny the allegations contained in the WHEREFORE clause of the Counterclaims.

401. Otter and TreeFrog deny each and every allegation not specifically admitted herein.

## SECOND DEFENSE

402. The Counterclaims fail to state a claim upon which relief can be granted.

## THIRD DEFENSE

403. Triplenet's claims are barred by its own unlawful conduct, including its infringement upon the OtterBox and LifeProof trademarks, its unfair competition, and its deceptive trade practices, including, among other things, their illegal sale of OtterBox and

LifeProof products without Otter or TreeFrog's permission, in violation of Otter and TreeFrog's contracts, and without adhering to Otter and TreeFrog's quality control standards.

## FOURTH DEFENSE

404. Triplenet's claims are barred, in whole or in part, by its failure to mitigate its damages, if any.

## FIFTH DEFENSE

405. Triplenet's claims are barred because Otter and Treefrog have not engaged in unfair trade practices or unfair competition.

## SIXTH DEFENSE

406. Triplenet's claims are barred, in whole or in part, by the equitable doctrines of waiver, laches unclean hands, and/or estoppel.

## SEVENTH DEFENSE

407. Triplenet's claims are barred by its failure to properly plead its Complaint under the Federal Rules of Civil Procedure.

## EIGHTH DEFENSE

408. Otter and TreeFrog reserve the right to assert additional defenses that may become available throughout the course of this action and upon the completion of discovery.

**WHEREFORE**, Otter and TreeFrog request that this Court dismiss Triplenet's Counterclaims with prejudice and award to Otter and TreeFrog costs, attorneys' fees, and other expenses, and any other relief that this Court may deem just and proper.

           *s/ Arryn K. Miner*
           William D. Kloss, Jr. (Ohio Bar. No. 0040854)
           Tyler B. Pensyl (Ohio Bar. No. 0080649)
           Arryn K. Miner (Ohio Bar. No. 0093909)
           Vorys, Sater, Seymour and Pease LLP
           52 East Gay Street
           Columbus, Ohio 43216
           Phone: (614) 464-6334
           Facsimile: (614) 719-5072
           Email: wdklossjr@vorys.com
              tbpensyl@vorys.com
              akminer@vorys.com

           Martha L. Fitzgerald #14078
           Joshua A. Weiss, #49758
           Brownstein Hyatt Faber Schreck, LLP
           410 Seventeenth Street, Suite 2200
           Denver, Colorado 80202-4432
           Phone:  (303) 223-1472
           Email: mfitzgerald@bhfs.com
              jweiss@bhfs.com

           *Counsel for Plaintiffs Otter Products, LLC and TreeFrog Developments, Inc.*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 19th day of June, 2019, I caused a true and correct copy of the foregoing Motion to be electronically filed with the Clerk of Court using the CM/ECF system which will provide notification of such filing to all counsel of record.

           *s/ Arryn K. Miner*