IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00510-DDD-MEH

OTTER PRODUCTS, LLC, and
TREEFROG DEVELOPMENTS, INC.,

    Plaintiffs/Counter Defendants,

v.

TRIPLENET PRICING, INC.,
TRIPLENETPRICING, LLC, and
ERIC SYPES,

    Defendants/Counter Claimants,

v.

JOHN DOES 1-10, individually or as corporate/business entities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 4, 2019**.

    In light of Judge Domenico's amendment to his practice standards, the Final Pretrial Conference currently set before this Court on March 9, 2020, is **vacated**.

    In most cases, Judge Domenico will combine the Federal Rule of Civil Procedure 16(e) Final Pretrial Conference with a Trial Preparation Conference and hold such combined conference approximately three to four weeks before trial. Once the trial and Final Pretrial Conference/Trial Preparation Conference dates have been set, Judge Domenico will issue an order specifying the pretrial tasks to be completed (e.g., proposed Final Pretrial Order, motions in limine, proposed jury instructions, etc.) and the deadlines for those tasks. Judge Domenico will contact the parties to set the trial and Final Pretrial Conference/Trial Preparation Conference dates after the dispositive motions deadline has passed and the Court has issued rulings on all dispositive motions.