# EXHIBIT 11

*OTTER PRODUCTS, LLC, ET AL.*

*vs.*

*TRIPLENET PRICING, INC. ET AL.*

---

Deposition of

**Yisroel  Blackman**

October 31, 2019

---



390 S. Washington Avenue
Columbus, Ohio 43215

**614.460.5000 · 800.229.0675**

fax 614.460.5566

www.priohio.com · pri@priohio.com

Page 1

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE DISTRICT OF COLORADO
    ----------------------------------------X
3   OTTER PRODUCTS, LLC, et al,

4                        Plaintiffs,

5      - against -

6   TRIPLENET PRICING, INC., et al.,

7                        Defendants.

8   Civil Action No.:  1:19-cv-00510-DDD-MEH
    ----------------------------------------X
9

10                       26 Court Street
                         Brooklyn, New York
11
                         October 31, 2019
12                       10:20 a.m.

13

14        Videotaped Deposition of Defendant, by

15   YISROEL BLACKMAN, taken pursuant to Subpoena,

16   before Rita Persichetty, a Notary Public of

17   the State of New York.

18

19

20

21

22

23

24

Page 2

1   A P P E A R A N C E S:

2

3   VORYS, SATER, SEYMOUR AND PEASE LLP

4   Attorneys for Plaintiff

5        52 East Gay Street

6        Columbus, Ohio 43216

7   BY:  WILLIAM D. KLOSS, JR., ESQ.

8        PHONE:  614.464.6334

9        FAX:  614.719.5072

10       EMAIL:  wdklossjr@vorys.com

11

12

13   ANTAR LAW FIRM PLLC

14   Attorneys for Defendant

15        26 Court Street, Suite 1200

16        Brooklyn, New York 11242

17   BY:  SOLOMON E. ANTAR, ESQ.

18        EDWARD S. ANTAR, ESQ.

19        PHONE:  212.388.0900

20        FAX:  646.943.8151

21        EMAIL:  solomon.antar@gmail.com

22

23   ALSO PRESENT:

24        Adam Venturini, Videographer

```
 1  ------------------ I N D E X -------------------

 2  WITNESS              EXAMINATION BY            PAGE

 3  LYSIROEL BLACKMAN    MR. KLOSS                    5

 4

 5

 6  -------- INFORMATION/DOCUMENTS REQUESTED --------

 7  PAGE    81   Additional sales records

 8

 9

10  --------------- E X H I B I T S ----------------

11  PLAINTIFF'S        DESCRIPTION          FOR I.D.

12  Exhibit 1          Amended Notice of           7

13                     Deposition

14  Exhibit 2          Amended Answer             15

15  Exhibit 3          Internet screenshot        49

16  Exhibit 4          Multipage document         65

17  Exhibit 5          Complaint                 146

18  Exhibit 6          Multipage document         68

19  Exhibit 7          Customer complaints        75

20  Exhibit 8          Otterbox sales sheet       76

21  Exhibit 9          Subpoena                   84

22  Exhibit 10         Seller review             109

23                     documents

24
```

```
 1   ------------ E X H I B I T S (Cont'd) -----------

 2   PLAINTIFF'S        DESCRIPTION              FOR I.D.

 3   Exhibit 11         Multipage document of        119

 4                      reviews

 5   Exhibit 12         Letter dated November        123

 6                      9, 2018

 7   Exhibit 13         Cease and desist             124

 8                      letter dated December

 9                      4, 2018

10   Exhibit 14         Cease and desist             125

11                      letter dated January

12                      15, 2019

13   Exhibit 15         Multipage document           133

14

15

16                 (EXHIBITS TO BE PRODUCED)

17

18

19

20

21

22

23

24
```

 1      Q    In Delaware?

 2      A    Correct.

 3           (Interruption.)

 4      Q    Okay.  And as to Triplenet Pricing,

 5  Inc., what is your position?

 6      A    I am the owner.

 7      Q    Are there any co-owners?

 8      A    No.

 9      Q    Does Triplenet Pricing, Inc., have

10  any employees other than yourself?

11      A    No.

12      Q    And how long has Triplenet Pricing,

13  Inc., existed, to the best of your

14  recollection?

15      A    I don't know.  I don't remember.

16      Q    Has it been before or after 2000?

17      A    After 2000.

18      Q    Okay.  How about before or after

19  2010?

20      A    Probably after 2010.

21      Q    Okay.  So sometime after 2010.

22           Can we agree on that?

23      A    Possible.

24      Q    And what business is Triplenet

1    Pricing, Inc., engaged in?

2        A    Selling online.

3        Q    And where does it sell online?

4        A    All over.

5        Q    Okay.  Does it sell on Amazon?

6        A    Correct.

7        Q    Does it have Amazon storefronts that

8    it uses?

9        A    Correct.

10       Q    Does it also sell in Walmart?

11       A    Correct.

12       Q    Does it have storefronts or some type

13   of identification on the Walmart site?

14       A    Correct.

15       Q    Okay.  Any other sites in which -- on

16   which it sells, such as eBay?

17       A    Sells on eBay, too.

18       Q    Where else?

19       A    Walmart, Newegg.

20       Q    What was the second one?

21       A    Newegg.

22       Q    How do you spell that?

23       A    N-E-W-E-G-G.

24       Q    Okay.  Newegg.  So Amazon, Walmart,

1   Triplenet Pricing, Inc.?

2       A    We use the same name on all different

3   marketplaces -- all the marketplaces.

4       Q    Okay.  And do you know whether the

5   marketplace names have also an Inc. associated

6   with them?

7       A    I don't think it's -- I don't think

8   so.  It's Triplenet Pricing.  That's the name.

9   I don't know if it's Inc. or not, but I don't

10  think so.

11      Q    Okay.  So no other marketplace names

12  used by Triplenet Pricing, Inc., other than

13  Triplenet Pricing; is that fair?

14      A    Correct.

15      Q    Okay.  Now, we also see an entity,

16  Triplenet Pricing, LLC.

17           Are you associated with that?

18      A    Correct.

19      Q    And just for the purposes of the

20  record, Triplenet is one word in that with a

21  capital T?

22      A    Correct.

23      Q    Pricing is a single word with a

24  capital P?

1        A       Correct.

2        Q       And LLC?

3        A       Correct.

4        Q       How are you associated with that

5    entity?

6        A       I'm the president and the owner.

7        Q       Any other owners in that limited

8    liability company?

9        A       No.

10       Q       Where is that limited liability

11   company based?

12       A       I think it's based in New York.

13       Q       It's a New York limited liability

14   company with a principal place of business

15   where?

16       A       I don't remember how we set it up.

17       Q       What business does Triplenet Pricing,

18   LLC, engage in?

19       A       At the moment, nothing.

20       Q       You understand that this is a dispute

21   over the sale of products manufactured by my

22   client, Otter?

23       A       Correct.

24       Q       Did Triplenet Pricing, LLC, ever sell

1      A      Yes.

2      Q      Approximately how long was the

3  meeting?

4      A      Half-hour.

5      Q      Okay.  Did you meet with or discuss

6  your deposition testimony with anyone besides

7  your lawyers?

8      A      No.

9      Q      So your preparations included looking

10 at the documents that you referred to and

11 having about a half-hour meeting with your

12 lawyers?

13     A      Right.

14     Q      How do you describe your occupation?

15     A      I'm the owner.

16     Q      Of the Triplenet entities?

17     A      Correct.

18     Q      Any other entities that you're owner

19 of?

20     A      Yes.

21     Q      What are their names?

22     A      There's a lot of different companies.

23     Q      Okay.  Tell me what you can call --

24 you can recall.  Sorry.

1       Q       And what does that mean to you?

2       A       Amazon stocks the goods.

3       Q       So Triplenet Pricing -- I'm not

4   saying it does, but if it did, it would store

5   its goods at Amazon?

6       A       Correct.

7       Q       When it received an order, Amazon

8   would pull, pick, and ship.

9       A       Correct.

10      Q       So Triplenet pricing isn't an FBA

11  seller currently?

12      A       We do.

13      Q       And how long has it been an FBA

14  seller?

15      A       I don't remember.

16      Q       Is it exclusively an FBA seller at

17  this point?

18      A       No.

19      Q       So it does some FBA but also some

20  seller fulfilled?

21      A       Correct.

22      Q       As to the products that were sold,

23  the Otter products, were those FBA or seller

24  fulfilled?

1    talked with Otter?

2         A    Not that I know of.

3         Q    Have you ever received any type of

4    written authority, meaning Triplenet Pricing,

5    Inc., from Otter saying, "Hey, it's okay.

6    You're authorized to sell our products"?

7         A    I don't know.  As far as I remember,

8    no, I didn't.

9         Q    Okay.

10        A    But I can't say for sure that I never

11   got one.

12        Q    Okay.  Same thing with regard to

13   Triplenet Pricing, LLC.

14             As far as you know, you've never

15   received any document authorizing Triplenet,

16   LLC -- Pricing, LLC, to sell Otter products;

17   would that be fair?

18        A    Correct.

19        Q    The F -- Triplenet Pricing, Inc., its

20   use of the Amazon FBA, do you understand what

21   the term "commingling" is?

22        A    I can think of it, but I -- first

23   time -- I don't know what your question is; so

24   please explain.

1       Q     Okay.  Have you ever -- has Triplenet

2   Pricing, Inc., ever opted out of the

3   commingling function of the FBA, to your

4   knowledge?

5       A     I don't know what that is.

6       Q     Okay.  So it's safe to say that, to

7   your knowledge, it hasn't opted out; would that

8   be fair?

9       A     How can I say?  I don't know what it

10   is.

11       Q     Okay.  Same -- same question with

12   regard to Triplenet LLC.

13             Did it opt out of the FBA commingling

14   with Amazon?

15       A     Same answer.

16       Q     Okay.  You don't know?

17       A     I don't know what it is.

18       Q     Does Triplenet Pricing, Inc., have an

19   agreement with Amazon?

20       A     A regular agreement.

21       Q     So the answer is yes.

22       A     Yes.

23       Q     Does it have an agreement with

24   Walmart?

1   be it's on the other one.

2       Q    Okay.  So whether it be Inc. or LLC

3   as the only one manufacturers -- authorized

4   manufacturer -- strike that.  That was not very

5   good.

6             Whether it's LLC or Inc., as you sit

7   here today, the only manufacturer that is

8   authorized either to sell its product is

9   Yealink or Yearlink (phonetic).

10      A    It's not the only one.

11      Q    Okay.

12      A    What I said is that I can remember

13  one --

14      Q    Okay.

15      A    -- just recently that they gave me

16  authorization to sell online.

17      Q    Okay.

18      A    But I'm sure there are other ones as

19  well, but I just can't remember at the moment.

20      Q    Triplenet Pricing, Inc., how does it

21  acquire the products that it sells?

22      A    It buys everything from Discover

23  Group.

24      Q    And when Triplenet Pricing, Inc.,

1    purchased it from Discover Group, does Discover

2    Group store those products there?

3        A    Correct.

4        Q    And to your knowledge as to any Otter

5    product that was sold by Triplenet Pricing,

6    Inc., it would have been acquired from

7    Discover?

8        A    Correct.

9        Q    And Triplenet Pricing, LLC, is it the

10   same relationship:  Any product it sells comes

11   from Discover Group?

12       A    Correct.

13       Q    And any product it sells, Discover

14   Group holds it for.

15       A    Correct.

16       Q    And to the extent Triplenet, LLC --

17   Pricing, LLC, sold an Otter product, it would

18   have acquired it from Discover Group?

19       A    Correct.

20       Q    Does -- currently, does Triplenet

21   Pricing, Inc., acquire any goods directly from

22   any manufacturer?

23       A    No.

24       Q    Currently, does Triplenet Pricing,

1   LLC, acquire any goods directly from any

2   manufacturer?

3        A    No.

4        Q    Currently, does Discover Group, Inc.,

5   acquire goods from any -- directly from any

6   manufacturer?

7        A    Yes.

8        Q    Who are the manufacturers?

9        A    There's quite a bit.

10       Q    Tell me what you can recall.

11       A    3M, Konica Minolta, Sharp, what I can

12   think of now.

13       Q    Okay.  Has Discover Group, Inc., ever

14   acquired, directly from Otter, any Otter

15   products?

16       A    No.

17       Q    The Triplenet Pricing, Inc., sales on

18   Amazon, are they -- are they Prime eligible?

19       A    Yes.

20       Q    Okay.  Does Triplenet Pricing, Inc.,

21   have a Prime badge?

22       A    Badge?  What does that mean?

23       Q    Okay.  It's what Amazon refers to it.

24            Are you familiar with that term?

1      A      Correct.

2      Q      And Discover Group, to your

3   knowledge, is not an authorized Otter

4   distributor; correct?

5      A      Correct.

6      Q      Okay.  So how is it you're saying

7   that Triplenet Pricing, Inc., purchased it from

8   an authorized distributor?

9      A      Because they bought it from Discover.

10  Discover bought it from the distributor; so it

11  forwards over.

12     Q      Okay.  Do you understand Otter's

13  position is that any of its products that are

14  not sold by an authorized seller don't come

15  with a warranty?  I'm not asking you whether

16  you agree with it.  I'm just asking if you

17  understand that.

18     A      I hear it.  I hear -- I hear what

19  they're saying.

20     Q      Okay.  And I'm not asking you to

21  agree with it, but you understand that is

22  Otter's position?

23     A      I understand their position.

24     Q      And despite the fact that Triplenet

Page 57

1    manufacturer warranties.  You understand that?

2        A    Correct.

3        Q    Okay.  And formerly, Triplenet

4    Pricing, Inc., was selling Otterbox products as

5    new; correct?

6        A    Correct.

7        Q    And if it was abiding by Amazon's

8    rules, it had to represent or had to -- the

9    products that it was selling had to come with

10   an Otterbox warranty; true?

11       A    Again, as I said, you're giving me --

12   this is the confusing part here.

13       Q    I'm not asking you to refer to the

14   paper.  I'm asking you if you understand.

15   You're an active seller on Amazon.

16       A    Correct.

17       Q    You've already confirmed that if

18   somebody sells something on Amazon as new,

19   according to the Amazon rules, it has to come

20   with a manufacturer's warranty.  You've already

21   told me that.

22            So my question is, I'm not asking you

23   about this paper.  Previously, Triplenet

24   Pricing, Inc., sold new -- what it contended

1    were new Otterbox products; correct?

2         A    Correct.

3         Q    All right.  And in doing so, if it

4    was abiding by Amazon's rules, it would have to

5    provide those products with an Otterbox

6    manufacturer's warranty; true?

7         A    I'm not a hundred percent sure that

8    that's true.

9         Q    Okay.  So you're not sure what the

10   Amazon rules are -- as the representative of

11   Triplenet Pricing, Inc., you're not sure what

12   the Amazon rules are regard -- with regard to

13   selling products new.

14            Is that your testimony?

15        A    No.

16        Q    It's not your testimony?

17        A    That's not what I said.

18        Q    Okay.

19        A    Can I explain what I said?

20        Q    Sure.

21        A    You're questioning me if Amazon's

22   rule is that you have to have a warranty from

23   the manufacturer themself.  And I said to that

24   that I'm not a hundred percent sure that that

Yisroel Blackman
October 31, 2019

Page 75

1          MR. KLOSS:  Okay.  Exhibit 7.

2          (Plaintiffs' Exhibit 7, Customer

3     complaints, marked for identification.)

4     Q    This was also produced to us in

5     discovery.  It was produced with less

6     information.  Then it was pursuant to a

7     supplemental production.

8          Again, are these records of Triplenet

9     Pricing, Inc.?

10    A    Correct.

11    Q    And what are these records?

12    A    These are customer complaints.

13    Q    Okay.

14    A    Or any customer notes.

15    Q    And are these limited to Otterbox

16    products?  It appears to me to be.

17    A    Correct, correct.

18    Q    So Exhibit 6 and Exhibit 7, the

19    Otterbox sales and the Otterbox issues, those

20    summarize Triplenet's business records with

21    regard to its sales of Otterbox products and

22    also any customer complaints or communications

23    it received related to those sales; is that

24    fair?

1      Q      Same as for 11/1/17 to 2/22/18, which

2   is the third page?

3      A      Correct.

4      Q      All Triplenet?

5      A      Correct.

6      Q      Okay.  Maybe it would be easier if

7   you flip through these and see if you can

8   identify any that you do not believe were

9   Triplenet sales of Otter products.

10     A      GSA could be non-Triplenet.  I have

11  to verify.

12     Q      Okay.  Is that under the "bill to"

13  name?

14     A      The "bill to" name, yes.

15     Q      The GSA?

16     A      Correct.

17     Q      Okay.  GSA credit card orders, we're

18  not sure who sold that; fair?

19     A      Correct.

20     Q      Okay.  Any others that are not or

21  possibly not instances in which Triplenet sold

22  Otter products?

23     A      They're all Amazon Triplenet sales.

24     Q      Okay.  And, again, you're not able

```
 1        A     Joe Marcus does that sometimes.

 2        Q     Joe Marcus?

 3        A     Correct.

 4        Q     Who else?

 5        A     That's all that I can think of at the

 6   moment that helps with that.

 7        Q     Okay.  The E-mails that are reflected

 8   on Exhibit 7, are those going through the

 9   Amazon platform if they -- if they were Amazon

10   sales?

11        A     Correct.

12        Q     What about as to the other platforms?

13   Do they offer the same messaging services, the

14   Walmart or the Egg [sic}?

15        A     Correct.

16        Q     So let's use an Amazon -- the typical

17   Amazon customer has an ability to contact the

18   seller, transmits a message through that, and

19   Amazon transmits it to Triplenet.

20        A     Correct.

21        Q     And then Triplenet transmits it back

22   through the platform to the consumer.

23        A     Correct.

24        Q     Has anyone from Triplenet received
```

Page 108

```
 1    any training or instructions from Otter as to

 2    how to determine if a product is actually an

 3    Otter product as opposed to a counterfeit?

 4        A    Not that I know of.

 5        Q    Do you know how Otter marks its

 6    products, such as by tagits (phonetic) or other

 7    identifying characteristics to ensure against

 8    counterfeiting?

 9        A    As far as my -- I have no information

10    on that.

11        Q    Okay.  Have you -- has Triplenet,

12    either Inc. or LLC, ever received a complaint

13    by a consumer that it received a product that

14    was not an actual Otter product to your

15    knowledge?

16        A    I don't know.  I can look at the

17    complaints and tell you.

18        Q    If it did, it would be referred to in

19    those complaints.

20        A    Got it.

21             MR. KLOSS:  Exhibit 10.

22             (Plaintiffs' Exhibit 10, Seller

23        review documents, marked for

24        identification.)
```

1   scanning or entry of your inventory control

2   system that says, "Hey, I've got ten of these

3   Otter products"?

4       A    It usually works the other way.

5       Q    Okay.  Tell me how it works.

6       A    The vendor sends us what they have.

7   We list them on Amazon.  The order comes in.

8   We order it from the vendor.  The vendor ships

9   us the product.  We ship it out to customers.

10      Q    Okay.  So the -- your -- the typical

11  practice of Triplenet -- there are many

12  instances in which Triplenet are selling items

13  on Amazon in which Discover Group doesn't have

14  them in its possession, but Discover Group

15  believes it can get them.

16      A    Correct.

17      Q    But in those instances in which

18  Discover Group actually has -- gets product in

19  its possession and has it in its warehouse, how

20  does that find -- those listings find their way

21  to Amazon?

22      A    The same way as it finds it from

23  other vendors.  Electronically.

24      Q    Okay.  Has Triplenet, LLC --

1        A       Meaning?

2        Q       What did you do?  Did you just ignore

3    it, or did you do something?

4        A       Primarily ignore them.

5        Q       Okay.

6        A       Actually, I want to say on the

7    record, I sent it to my attorney, and then I

8    put them away.

9        Q       Sent it to your attorney and then

10   ignored them?

11       A       That's basically it.

12       Q       Okay.

13               (Plaintiffs' Exhibit 13, Cease and

14       desist letter dated December 4, 2018,

15       marked for identification.)

16       Q       Exhibit 13, this is another cease and

17   desist letter dated December 4th.

18               Was submitted to Triplenet Pricing,

19   LLC, care of Mr. Antar; correct?

20       A       Correct.

21       Q       Do you believe you saw this?

22       A       Correct.

23       Q       Handled it the same way?  You just

24   basically ignored it?

```
 1      A    And sometimes I read it too.

 2      Q    Okay.

 3           (Plaintiffs' Exhibit 14, Cease and

 4      desist letter dated January 15, 2019,

 5      marked for identification.)

 6      Q    Exhibit 14, again, another cease and

 7  desist letter that was sent to -- January 15,

 8  2019, from my office.

 9           Do you believe you received this?

10      A    Correct.

11      Q    And, again, your reaction was the

12  same, which is basically ignored it?

13      A    As I said, I read them, send them to

14  my lawyer.  Sometimes I ignore it, and

15  sometimes I don't.

16      Q    Okay.  Did you ignore this one?

17      A    I don't know.

18      Q    What did you do?

19      A    I mean, these are all the same.  So

20  if I get one, I know the second one is coming.

21  So I just put them on the side.

22      Q    You put them --

23      A    Put them on the side.

24      Q    Okay.  Did you -- in response to any
```

1     of those letters, you continued to sell Otter

2     products; true?

3         A    I don't know.

4         Q    Well, look at the sales records,

5     please.  And, again, the last letter was

6     January 15, 2019.

7             So did you sell -- my question is:

8     Did Triplenet Pricing, LL -- or Triplenet

9     Pricing, Inc., sell Otter products after

10    December [sic] 15, 2019?

11        A    Based on the records, that is

12    correct.

13        Q    Why did Triplenet stop selling Otter

14    products?

15            THE COURT REPORTER:  You said

16        December 15, 2019.

17            MR. KLOSS:  Oh, my apologies.

18            Thank you Miss Court Reporter.

19        Q    So the last C&D -- cease and desist

20    letter -- I misspoke -- was January 15, 2019.

21            Do you see that?

22        A    Correct.

23        Q    That's Exhibit 14.

24            And so my question, again is -- is

1  that Triplenet Pricing, Inc., sold Otter

2  products after January 15, 2019; true?

3      A    Correct.

4      Q    Okay.  Why did Triplenet stop selling

5  Otter products?

6      A    Why we stopped?

7      Q    Yes, sir.

8      A    Just didn't have the patience to get

9  these letters on a daily basis.  And it wasn't

10  a big line for us; so we decided to stop the

11  line.

12      Q    Has Triplenet's LL -- Triplenet

13  Pricing, LLC's, Amazon account ever been

14  suspended?

15      A    Yes.

16      Q    When?

17      A    Multiple times.

18      Q    How many times?

19      A    I don't know.

20      Q    Greater than five or less than five?

21      A    I would assume greater than five.

22      Q    Greater than 20?

23      A    I don't know.

24      Q    Why has Amazon suspended Triplenet

Page 128

1    Pricing, LLC's, account?

2         A    Multiple reasons.

3         Q    Give me the reasons that you're aware

4    of.

5         A    One is because some companies

6    reported us as infringing on their product.

7    One of them is because they claimed that we

8    copyrighted a product.  One of them is because

9    we -- the company complained that we sold

10   counterfeit product.  Sometimes could be due to

11   an error, sometimes because we have late

12   shipments.  Too many cancellations can cause us

13   to be suspended as well and so on.

14        Q    Would that also hold true for

15   Triplenet Pricing, Inc.?

16        A    Correct.

17        Q    And when -- whether it's LLC or Inc.,

18   when those suspensions were -- how does Amazon

19   give notice of the suspension?

20        A    They E-mail you that it's suspended.

21        Q    Okay.  And what does Triple -- or

22   what did Triplenet or has Triplenet done in

23   response, if anything?

24        A    Every instance differently.

Page 132

```
 1        A      Uh-huh.

 2        Q      Defendant/counterclaimant, that

 3   relates to Triplenet Pricing, Inc.

 4               Do you understand that?

 5        A      Correct.

 6        Q      Says, "It is not an 'authorized

 7   distributor' of the plaintiff," the plaintiff

 8   being Otter products, "nor does it have any

 9   agreements with it for the sale of its products

10   or advertises itself as such but is totally

11   independent from plaintiff.

12               Is that a true statement?

13        A      Correct.

14        Q      Page 50, paragraph 370.

15               You with me?

16        A      Correct.

17        Q      "Prior hereto,

18   defendant/counterclaimant received a notice

19   from Amazon, through which it sells its

20   products, that plaintiff has registered a

21   complaint alleging defendant/counterclaimant to

22   be advertising and selling defendants' goods

23   that are counterfeit."

24               Did you receive an E-mail to that
```

```
 1        Q    To anyone.

 2        A    We do -- we do this on a daily basis.

 3        Q    Okay.  So we should be able to find

 4    those in Triplenet's records?

 5        A    Correct.

 6             MR. KLOSS:  Why don't we go off the

 7        record and have a little discussion

 8        between us all.  Why don't we go off the

 9        record here.

10             THE VIDEOGRAPHER:  We're off the

11        record at 12:57 p.m.

12             (Short recess taken.)

13             THE VIDEOGRAPHER:  We're back on the

14        record at 1:14 p.m.

15    BY MR. KLOSS:

16        Q    Okay.  Just a few more questions, and

17    I think we'll be done.

18             To your knowledge, has you -- have

19    you, whether acting as somebody from Discover

20    Group or acting as somebody from Triplenet,

21    ever had any discussions with anyone from

22    Otterbox?

23        A    I don't know.

24        Q    Okay.  Same question with regard to
```

1   LifeProof?

2       A   I don't know.

3       Q   Has anyone from Triplenet received

4   any form of training from Otterbox with regard

5   to Otterbox products and sales service

6   distribution?

7       A   I can only assume.

8       Q   Well, you're the -- you're the only

9   person from Triplenet.

10      A   Correct.

11      Q   So the answer is no?

12      A   No.

13      Q   And you -- you lead the Discover

14  Group.  The same question with regard to the

15  Discover Group.

16      A   Correct.

17      Q   Nobody?

18      A   Nobody.

19      Q   I guess the question -- the answer

20  was no.

21      A   No.

22      Q   Do you think a manufacturer such as

23  Otter has a right to have a say in who sells

24  its products?

1          MR. ANTAR:  Well, that's -- isn't

2     that a legal question?

3          MR. KLOSS:  I'm just asking.

4          MR. ANTAR:  Are you asking him to --

5     he can answer, but you're asking him to

6     make a determination on a legal question.

7          MR. KLOSS:  I'm not asking for a

8     legal conclusion.  I'm just asking for his

9     --

10     A     So ask the question again.

11     Q     Sure.

12          MR. ANTAR:  Yeah, sure.

13     Q     Okay.  Do you think manufacturers

14     such as Otterbox or LifeProof have a right to

15     control who sells their products?

16     A     Definitely not.

17     Q     Okay.  Do you, yourself, purchase

18     items on Amazon?

19     A     Yes.

20     Q     When you purchase an item, before you

21     purchase it, do you look at the product reviews

22     typically?

23     A     No.

24     Q     No?  Okay.

Page 152

1      A     We keep them on shelves.  Every item

2   has a distinct location by bin location.  It

3   has either -- it's either stacked on a pallet

4   or on a shelf rack.  We have nothing on the

5   floor.  We have it on shelves as well.

6            And when there's -- when an order

7   comes in, the computer tells exactly where to

8   pick that product from, and we ship it out.

9      Q     Is there a special bin for each

10  product you sell?

11     A     No.

12     Q     Would there be a bin for Otter

13  products, let's say?

14     A     No.

15     Q     How would you know where to go to

16  find the Otter product?

17     A     So the way the system is designed is

18  when we receive a product -- and let's just a

19  take Otterbox as an example, because we rarely

20  stock the items.

21            When it comes in, it comes into a

22  general receiving area.  And the system knows

23  that there's an order that these items are

24  spoken for; so it tells the packer to go to the

1   general receiving area, to pick it and to pack

2   it and to ship it out, to avoid having to store

3   them in a location and then to pick it back up

4   from that location.  So it generally ships out

5   from that general receiving.

6        Q    You just mentioned that you don't

7   stock the product?

8        A    Very rarely.

9        Q    And if you do stock the product of

10  Otter, we're speaking of now, if you do stock

11  the product, how many -- how many items would

12  you stock at a time?

13       A    Otter products is a line that we

14  probably wouldn't stock at all.  So it's all --

15  we call it back to back.  An order comes in.

16  We bring it in.  We ship it out.

17       Q    In other words, if it comes in on

18  Monday, it goes out on Tuesday?

19       A    If it comes in on Monday, it goes out

20  on Monday.

21       Q    How many people work in the -- the

22  actual warehouse itself?

23       A    I think about eight.

24       Q    And is the warehouse open all year