# EXHIBIT 14

# *OTTER PRODUCTS LLC*

# *VS.*

# *TRIPLENET PRICING INC*

**Deposition**

## *KEVIN McPHERSON*

*12/19/2019*

---

### *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

*AB Court Reporting & Video*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00510-CMA-MEH

-------------------------------------------------------

OTTER PRODUCTS, LLC, et al.,

Plaintiffs,

vs.

TRIPLENET PRICING INC., et al.,

Defendants.

-------------------------------------------------------

30(b)(6) DEPOSITION OF OTTER PRODUCTS, LLC,
AS GIVEN BY KEVIN McPHERSON
December 19, 2019

-------------------------------------------------------

APPEARANCES:

    VORYS, SATER, SEYMOUR AND PEASE LLP
        By William D. Kloss, Esq.
            52 East Gay Street
            P.O. Box 1008
            Columbus, Ohio 43215
                Appearing on behalf of Plaintiffs.

    THE ANTAR LAW FIRM, PLLC
        By Solomon E. Antar, Esq.
            Edward S. Antar, Esq.
            26 Court Street
            Suite 1200
            Brooklyn, New York 11242
                Appearing on behalf of Defendants.

    Also present:  Jennifer Becker Beard, Esq.

*AB Court Reporting & Video*

1          Pursuant to Notice and the Federal Rules of

2     Civil Procedure, the 30(b)(6) deposition of

3     OTTER PRODUCTS, LLC, as given by KEVIN McPHERSON,

4     called by Defendants, was taken on Thursday,

5     December 19, 2019, commencing at 8:46 a.m., at 2580

6     East Harmony Road, Suite 201, Fort Collins, Colorado,

7     before Patricia M. Wrede, Registered Professional

8     Reporter and Notary Public within and for the State

9     of Colorado.

10

11                    I N D E X

12    30(b)(6) DEPOSITION OF OTTER PRODUCTS, LLC,
      AS GIVEN BY KEVIN McPHERSON
13
      EXAMINATION BY:                              PAGE
14
          Mr. Kloss                                 54
15
          Mr. S. Antar                               4
16

17

18

19

20

21

22

23

24

25

```
 1                        I N D E X (Continued)

 2     EXHIBITS                                 INITIAL REFERENCE

 3     Exhibit 1    Screenshot of Reviews                    7

 4     Exhibit 2    Otter Product                           17

 5     Exhibit 3    Otter Product                           17

 6     Exhibit 4    Otter Product                           17

 7     Exhibit 5    Warranty                                54

 8
       (Exhibits 1 through 5 retained by Mr. S. Antar.)
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    e-mail on it.  That's all I would like to know, if

2    there are any negative reviews about, particularly,

3    Otter Products.

4         A     Okay.

5         Q     Which I have been unable to find.

6         A     Okay.

7               (Exhibit 1 marked.)

8         Q     (By Mr. S. Antar) You state in your

9    Complaint that my client, the defendant, as a

10   reseller, fails to comply with your quality control

11   requirements.  Can you tell me to the best of your

12   knowledge what those requirements are?

13        A     Sure.  So --

14        Q     Let's go through them one at a time.

15   Okay?

16        A     Okay.  So as part of our quality control

17   criteria, the first one is the safe handling and care

18   of our products, so that would entail maintaining a

19   very clean, pristine warehouse with an organized

20   system of maintaining the inventory levels of that

21   product so that we know what inventory our

22   distributors have at all times.

23              Maintain -- yes?

24        Q     Let's do one at a time.  Is that the first

25   one, safe handling and care?

*AB Court Reporting & Video*

1      A      Yes.

2      Q      And could you be a little more specific

3  about that?

4      A      Sure.  As I said, a very safe, clean

5  warehouse environment where it's -- the product is

6  secured in a safe manner where it's not mishandled,

7  damaged, there's no livestock, rabbits, that sort of

8  stuff, so it's in a very clean, safe environment.

9      Q      Well, do you sell -- do any of your

10  distributors have livestock in their warehouses?

11      A      There was one instance when we did a

12  distributor visit where there was rabbit cages in

13  that warehouse.

14      Q      And how do you enforce this?

15      A      We have our sales force do quarterly

16  business reviews with all of our distributors, and as

17  part of that review, they go on-site, and they have

18  the option to inspect the warehouse, and on some

19  instances we have.

20          But more to the point, if there is an

21  issue with our product and our customers have an

22  issue and there's damaged goods or something like

23  that, we can go directly back to that distributor and

24  address that issue because we'll have a direct line

25  of sight and know where that customer is getting

1    product, unlike in this instance we have no idea

2    where your client is getting its product, so if there

3    was an issue how do we address that?

4          Q    Now, there are on-site reviews

5    periodically?

6          A    Quarterly.

7          Q    Quarterly.  You sell to -- you sell to

8    Walmart?

9          A    We sell to Walmart.

10         Q    How many stores does Walmart have?

11         A    I'm not sure.

12         Q    I think about 33,000 stores.

13   Approximately?

14         A    A lot.

15         Q    Sell to Best Buy?

16         A    We sell to Best Buy.

17         Q    Do you know how many stores Best Buy has?

18         A    I'm not sure.

19         Q    I think about 1,800.

20              Do you sell to Target?

21         A    We sell to Target.

22         Q    I think Target has about 2,000.

23              So now is it your testimony that you have

24   representatives reviewing their procedures and going

25   down and inspecting their warehouses at least

1    quarterly?

2        A      So Target is a reseller.  They're not a

3    distributor.  So Target, Walmart, Best Buy would buy

4    from a larger distributor, and we go and inspect the

5    distributor's warehouses.

6        Q      But you inspect the distributors'

7    warehouses, but how about resellers, do you inspect

8    their warehouses?

9        A      We do quarterly reviews of resellers as

10   well.  We do test buys and have an audit sheet to

11   ensure those products that come in meet our

12   adequately standards.  We also review all of our

13   online resellers' websites to check to see if they

14   have positive feedback.  If they do not, we address

15   that.

16       Q      Just hold off around there.  I'm not

17   talking about websites.  I'm talking about physical

18   examination of each premises.

19       A      Sure.

20       Q      Do you have anybody going down to these

21   stores or to these warehouses and making reports?

22       A      Yes.  We have field representatives in the

23   field that go to all the Targets.  They'd meet with

24   Target, they meet with Best Buy, they meet with

25   Walmart at their physical locations, not at their

**AB Court Reporting & Video**

1   corporate headquarters.  Same with AT&T and Verizon.

2   And those field reps are there to look at the

3   product, to make sure the displays are correct and

4   displaying our product in a manner that's consistent

5   with our brand guidelines.

6        Q     Okay.  And they write reports on this,

7   they give you back reports?

8        A     They give back reports to the salespeople,

9   yes.

10        Q     So we can assume you must have tens of

11   thousands of reports.

12        A     I don't think it's reports like that.

13   It's probably more reports like on sales, how many

14   sales they generated, what the new POP looks like.

15   If there was an issue, they would certainly address

16   it there.

17        Q     But I'm not interested in their sales.

18   I'm interested in the actual safe handling and care

19   reports and what comes back to you.

20        A     Sure.

21        Q     Is there anything like that?  Is there

22   anything like that in your files?

23        A     No, there is not.

24        Q     So if there's nothing like that in your

25   files and you have no documentation, how is it

*AB Court Reporting & Video*

1    enforced?

2         A    Like I said, the field reps go out in the

3    field, and if there is an issue, then we'll address

4    it there, and if there's a customer issue with

5    quality, we can jump on a plane and fly to that

6    distributor and take care of that issue right then

7    and there.

8         Q    Well, do you get reports back from the

9    field reps who go out to each individual store?

10             Let me -- retracted.  Let me pull that

11   back.

12             Do you have any reports from field reps

13   where there are problems?

14        A    Not to my knowledge.  Not that I have

15   seen.

16        Q    So on all of these stores of Target, of

17   Walmart, et cetera, et cetera, there's not one

18   negative report.

19        A    That's not been brought to my attention,

20   but these stores are the creme de la creme.  I mean,

21   you're talking big box stores, which are the premier

22   stores that people go shop at, so I would expect

23   there not to be a problem there.  I mean, we're not

24   talking about some mom-and-pop shop, corner store.

25        Q    What is the next item that you would have

*AB Court Reporting & Video*

1    for your quality control?

2        A      As part of our quality control, we have to

3    make sure that customers have a way to get in contact

4    with the reseller, so there would be an e-mail, phone

5    number, address, stuff like that.

6        Q      How?

7        A      What do you mean?

8        Q      You say you have to make sure that a

9    customer can get in contact with a reseller.  That

10   would be from whom the customer purchases the item.

11       A      Correct.

12       Q      Wouldn't the customer have a receipt or

13   payment or some sort of document showing who the --

14   who he purchased or who she purchased it from?

15       A      Not all the time.  For example, I mean,

16   with your client, we did a purchase from him.  It

17   didn't come with any documentation stating that.  As

18   a matter of fact, we actually named the wrong

19   defendant because he had such a misleading way of

20   identifying himself.  It was only through our counsel

21   we could identify your client.

22       Q      Well, we sell on Amazon, and Amazon has

23   the information of who the seller is.

24       A      That's not accurate.  It has a name and it

25   has some random address, but it doesn't have any way

1    an authorized distributor, so if Amazon bought from

2    your client, then they probably would not be

3    following our quality controls if that product came

4    from your client.

5    Q    So then Amazon would be selling something

6    in your estimation that is illegal?

7    MR. KLOSS:   Objection to the form of that

8    question.

9    You can answer.

10    Q    (By Mr. S. Antar) You may answer.

11    A    Yes.

12    Q    And have you ever made any complaints to

13    Amazon?

14    A    We do quality inspections of Amazon quite

15    frequently, and if we do have an issue with Amazon,

16    we'll take it up with them.   But, quite frankly, we

17    ship direct to Amazon, so the product they get comes

18    from our distribution center, and I've been to my

19    distribution center many, many times, and I can tell

20    you that it definitely meets our quality controls.

21    Q    Now, if my client sells -- if my client

22    buys from Ingram Micro and then sells to Amazon, is

23    that product any different than if Amazon would buy

24    it directly from you?

25    A    Yes, it would be different, because the

1   warranty would not apply, because Ingram Micro is not

2   authorized to sell to your client; therefore, the

3   warranty would stop at that point in time.

4          Q       And how does a consumer know this?

5          A       Well, the consumer -- it's written in the

6   warranty in the packaging.  So the warranty

7   explicitly states that the product is warranted only

8   if purchased from an authorized -- excuse me,

9   authorized reseller.

10         Q       But the consumer already made the purchase

11  and went home with it.

12         A       And --

13         Q       And then would open the package, correct?

14         A       Correct.

15         Q       So how do you notify -- how do you notify

16  the consumer?  Is there any markings on the outside

17  of your packages?

18         A       It depends.

19         Q       Tell me what it depends upon.

20         A       So we have authorized resellers on Amazon,

21  and as part of that, they sticker the product that

22  says this product is an authorized product from this

23  authorized reseller.

24         Q       And the packages would have that?

25         A       Yes.

**AB Court Reporting & Video**

1   from products that are bought from a distributor and

2   products that we bought for resale.  Can you tell me

3   how we would know that difference?

4            MR. KLOSS:  You're talking about physical

5   difference.

6            MR. S. ANTAR:  Yes, physical -- I'd like

7   to know.

8        A    Yeah, as I stated earlier, I would be able

9   to tell the difference between product from our

10  authorized resellers on Amazon and the product that

11  your client is selling through Amazon, because we

12  sticker our authorized product that's sold on Amazon,

13  so if you went to a retail store, that wouldn't be

14  stickered, but I'll take a look at them.

15       Q    (By Mr. S. Antar) Well, look at them and

16  just tell me what you think of them.

17           By the way, while you're looking at them,

18  Best Buy in Brooklyn is horrible.  Everything is all

19  over the floors.  Everything is just terrible over

20  there.  You might want to send a representative out

21  there.

22           And after you finish looking at them,

23  leave one warranty out.

24           MR. S. ANTAR:  Lawyers make the worst

25  witnesses, right?  Because they know too much.

1    Q      (By Mr. S. Antar) Can you tell me anything

2    about those three items that you looked at?

3    A      Well, one item is a specific item to a

4    different store because the SKU is different, so this

5    SKU has a 57852 and the other SKU has a 5991, so this

6    SKU is specific to a certain retail store.

7    Q      And the other two?

8    A      That's the general SKUs.

9    Q      Excuse me?

10    A      The general SKUs.  So sometimes we'll have

11    like a general, we call it an OTR, or OtterBox, SKU

12    that's general to all resellers, and then some

13    resellers because of, I don't know, different

14    configurations or whatever, will do a specific SKU.

15           So this SKU is specific to a store.  I'm

16    not sure which store, but it could be Best Buy or

17    Target or --

18    Q      Any store.

19    A      Yeah, but that's --

20    Q      And the other two, can you tell if the

21    other two were purchased from a store or a reseller?

22    A      Not based on appearance, no.

23    Q      I'll ask you, is there any material

24    difference between these items?

25    A      Yeah.  If it was purchased from an

1   unauthorized reseller, as stated in the warranty, the

2   warranty wouldn't apply.  That says it in this

3   warranty.

4          Q     Is that the only material difference?

5          A     If it came from an unauthorized reseller,

6   I assume they didn't adhere to our quality controls,

7   so therefore, because they didn't adhere to our

8   quality controls and the warranty wouldn't apply,

9   then that would be a material difference.

10          Q     And do you sell product in the state of

11   New York?

12          A     I believe we sell product in the state of

13   New York.

14          Q     And has anybody ever commenced any sort of

15   class action or action against your company because

16   of -- because of certain provisions of the law in New

17   York that you cannot limit a warranty because an item

18   has been purchased from a particular dealer or

19   non-dealer?

20          A     I'm not aware of any class action lawsuit.

21          Q     You know, let me -- I might be able to

22   even quote that for the record.

23                Just let me quote for the record section

24   369-B of New York general business law, which states,

25   quote:  Manufacturer's Warranty and Guarantee.  A, a

1      Q      Reporting?

2      A      Correct.

3      Q      Okay.

4      A      So we require all of our distributors to

5   send us sell-through reports, and the reason for that

6   is to make sure that they're selling to the

7   authorized resellers that we authorize them to sell

8   to.  So we take those sell-through reports and we

9   reconcile them with the white list that we send to

10  our distributors on a daily or weekly basis so we can

11  ensure that only those authorized resellers are

12  getting product.

13     Q      And how does this benefit the customer?

14     A      It benefits the customer because we want

15  to make sure that the product they're getting is

16  quality product, being handled in our quality

17  controls, and in the places that we want the product

18  to be in.  For example, we don't sell to kiosks in

19  malls, we don't sell in flea markets, we don't allow

20  our resellers to sell on eBay, and with a very few

21  select secondary market distributors, we don't let

22  them sell on Amazon Marketplace either.

23     Q      But you allow Amazon to sell on their own

24  marketplace, correct?

25     A      We sell directly to Amazon.

*AB Court Reporting & Video*

1     Q      And did you ever -- do you ever attempt to

2     have Amazon prevent any resellers from listing their

3     products?

4     A      As I'm in charge of global

5     anti-counterfeiting, when I found a counterfeiter

6     selling product, I do report that counterfeit product

7     to Amazon through their brand registry portal.

8     Q      I'm not speaking about counterfeiting.

9     I'm speaking about products purchased from an

10    authorized dealer, an authorized distributor, and

11    then sold on Amazon.  Have you ever made any

12    complaints to Amazon?

13    A      No.

14    Q      And did you ever ask Amazon to stop these

15    sales?

16    A      No.

17    Q      Would it not be benefit to your quality

18    controls to have Amazon stop these sells from

19    resellers?

20    A      I mean, it would be beneficial to our

21    quality controls if there was no unauthorized

22    resellers on Amazon, but Amazon's position is that

23    they're an open marketplace.

24    Q      So you have attempted to make complaints

25    or you have made complaints to Amazon that there

1    was --

2         A     No.

3         Q     No.  Just let it go without even asking

4    Amazon anything?

5              MR. KLOSS:   Complaints with regards to

6    other --

7         Q     (By Mr. S. Antar) Complaints regarding

8    sales by Otter Products by unauthorized distributors.

9              MR. KLOSS:   Fair enough.

10        A     No.

11        Q     (By Mr. S. Antar) What other quality

12   control besides what you have testified to can you

13   tell us about?

14        A     There's one more, but it's slipping my

15   mind.  I believe it's in the Complaint, though.

16        Q     Do you know if Amazon compels sellers on

17   their site to offer a warranty?

18        A     I believe they do.  I think if you -- if

19   the seller links to the ASIN and lists it as new,

20   then that explicitly states that it comes with a

21   manufacturer's warranty.

22        Q     And do you know if Amazon doubles the

23   warranty?

24        A     I don't understand.

25        Q     Well, does Amazon give their own warranty,

1    climate?

2         A      I think that it has to be stored in a

3    secure -- I think it has to be -- I'm not sure --

4    quite sure if it has to be a controlled climate with

5    AC and everything else, but I know that it can't be

6    subject to, like, extreme weather conditions so to

7    speak.

8         Q      And that is a very important item to you,

9    correct?

10        A      Well, we don't want the -- we wouldn't

11   want the product coming back like with mold and

12   mildew like I've seen with some other unauthorized

13   resellers.

14        Q      So when you say it cannot be subject to

15   extreme weather conditions, how do you enforce that?

16   What do you do?

17        A      As I explained before, we have quarterly

18   business reviews, so our salespeople go out to the

19   distributors once a quarter.  They go over the

20   financials, they go over everything else, and they

21   actually do a warehouse visit as well if they want to

22   so ...

23        Q      Do they walk through the warehouses?

24        A      Sometimes they do.

25        Q      And send you back reports?

1    record.

2              MR. KLOSS:  I understand.  Fair enough.  I

3    just want to be fair to the witness.

4         Q    (By Mr. S. Antar) Do you know if my client

5    sold defective Otter products?

6         A    I don't know.  Not to my knowledge.

7         Q    You stated that my client sold poor

8    quality products.  Can you tell me if my client sold

9    poor quality Otter products?

10        A    Not to my knowledge.

11        Q    Did you ever try or do you monitor the

12   reviews of the clients that you sell your products

13   to?

14        A    Yes, we do.

15        Q    And do you get any negative reviews for

16   Walmart?

17        A    I don't know right now.  We do monitor the

18   reviews, and we do take note of that.

19        Q    I'll ask you to produce them.  I'll ask

20   your counsel to produce the reviews that you receive

21   from Walmart.

22             How about Target?  Do you monitor the

23   reviews from Target?

24        A    Yes, we do.

25        Q    And do you get negative reviews?

1       A       I'm not sure.  My staff does that.

2       Q       And --

3               MR. KLOSS:  Object to the form of the

4       question.  Go ahead.

5               MR. S. ANTAR:  I'll make one demand after

6       all this.

7       Q       (By Mr. S. Antar) Do you make -- do you

8       monitor negative reviews or any reviews for Best Buy?

9       A       Yes, we do.

10      Q       Do you know if you get any negative

11      reviews for Best Buy?

12      A       None that has come to my attention.

13      Q       Tell me all of your -- all of your vendees

14      that you follow reviews on to see what their reviews

15      may be, negative or positive.  Which vendees?

16      A       I can't get into all their names because

17      we have about 20 authorized online resellers that we

18      review, but definitely Walmart, Best Buy, Amazon,

19      Target, B&H Photo, and there's, you know, 16 other

20      online authorized resellers that we monitor.

21              MR. S. ANTAR:  I'm going to ask that those

22      documents be produced.

23              MR. KLOSS:  It's not been established that

24      there's any documents to be produced, but we will

25      respond to your --