THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00510-DDD-MEH

OTTER PRODUCTS, LLC, and
TREEFROG DEVELOPMENTS, INC.,

    Plaintiffs/Counter-Defendants,

v.

TRIPLENET PRICING INC.,

    Defendant/Counter-Claimant,

and

TRIPLENETPRICING LLC,
ERIC SYPES, and
JOHN DOES 1-10, individually or as corporate/business entities,

    Defendants.

### DECLARATION OF CATHY CEELY IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS AND FOR SUMMARY JUDGMENT ON ALL OF DEFENDANT TRIPLENET PRICING INC.'S COUNTERCLAIMS

I, Cathy Ceely, make the following declaration in support of the Motion for Partial Summary Judgment ("MSJ") filed by Plaintiffs/Counter-Defendants Otter Products, LLC and TreeFrog Developments, Inc. (collectively, "Plaintiffs") in the above-captioned matter.

1. I am an Account Supervisor at Riverbend Consulting, a firm that provides account management and consulting services for Amazon sellers. All of the statements made in this declaration are based on my personal knowledge.

2. I have been retained as an Amazon selling expert by Plaintiffs' counsel in the above-captioned litigation.

3. I have not been deposed in this case. Nor have I offered any other sworn testimony in this matter.

4. Attached to this declaration as **Exhibit 19** to Plaintiffs' MSJ is a true and correct copy of the Expert Report I prepared for Plaintiffs in this case, which contains the opinions I expect to offer in this case.

5. All factual statements contained in my Expert Report are true and accurate to the best of my knowledge and I would testify to each if called to do so before this Court. Likewise, all of the opinions expressed in my report and true and accurate and I would testify to each if called to do so before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2020, in Seattle, Washington

By: _____
Cathy Ceely