# EXHIBIT 19

**Otter Products, LLC et al. v. Triplenet Pricing, Inc. et al.**

**Case No. 1:19-cv-00510 (D. Colo.)**

**Expert Report of Cathy Ceely**

**I.** Background And Qualifications

1. I have close to 20 years' employment at Amazon.com primarily working with third-party Sellers in a variety of roles. My roles have included:

    a. Founding member of the Executive Seller Relations team. This team answered Seller escalations addressed to Jeff Bezos, the founder and CEO of Amazon.

    b. Founding member of the Seller Performance team. This team took account- and listing-level enforcement actions against Sellers who violate Amazon selling policies.

    c. Seller Performance team Operations manager. In this role, I drove Seller enforcement transparency, providing Sellers with visibility into their Order Defect Rate, Late Shipment Rate, and Pre-fulfillment Cancel Rate.

    d. Founding member of the Product Quality team. This team took account and listing-level enforcement action against Sellers who violate Amazon selling policies related to product authenticity. I established worldwide enforcement processes and policies, and drove worldwide investigator Standard Operating Procedures and training.

    e. Senior Program Manager, Strategic Account Services team. In this role, I worked directly with Amazon's most strategic Sellers and their Amazon account managers to troubleshoot enforcement issues and concerns, and brought the voice of the seller to enforcement teams across Amazon.

2. I am currently employed at Riverbend Consulting as an Account Supervisor. My role at Riverbend Consulting includes:

    a. Providing account management services for large Amazon Sellers, including monitoring and notification of Amazon enforcement actions, and preparation of account and listing reinstatement appeals.

    b. Analyzing and troubleshooting Amazon Seller accounts and listing-level enforcement issues.

3. I have not authored any publications in the previous 10 years.

4. I have not testified as an expert in any cases during the previous 4 years.

5. I have been retained by Plaintiff Otter Products, LLC ("Otter") to evaluate the importance of their established quality controls in the context of Amazon marketplace sales.

6. I am being compensated by Otter for this case at my usual rate of $350.00 per hour. My compensation is not contingent on my testimony or the results of this case.

7. My opinions in this case are based on my experience working with Amazon, my interview of Otter employees Stacie Lukas, Kevin McPherson, and Sara Yamashiro, and my review of Otter product listings and the following additional documents:

   a. The Complaint in this case

   b. Otter Products, LLC Authorized Distributor Policy (Otter-Triplnet00000012-14)

   c. Otter Products, LLC Authorized Reseller Policy (Otter-Triplnet00000015-16)

   d. Otter Products, LLC Authorized Retailer Policy (Otter-Triplnet00000017-19)

   e. Otter Products, LLC Secondary Market Authorized Reseller Policy (Otter-Triplnet00000030-31)

   f. Secondary Market Sales Agreement (Otter-Triplnet00000032-54)

   g. Otter Products, LLC Online Quality Control Policy (Otter-Triplnet00000055-59)

   h. Otter Products, LLC Online Quality Control Auditing Program (Otter-Triplnet00000060)

   i. Otter's letter to Secondary Market Distributor/Reseller (Otter-Triplnet00000064)

   j. Otter Products, LLC Authorized Online Seller Application (Otter-Triplnet00000090-95)

   k. OtterBox and LifeProof Authorized Reseller Application (Otter-Triplnet00000099-115)

   l. Secondary Market Sales Agreement (Otter-Triplnet00000116-136)

   m. Standard Terms and Conditions of Sale (Otter-Triplnet00000137-141)

      n.    Otter Products, LLC Product Reseller Policy (Otter-Triplnet00000149-151)

      o.    Product Reseller Agreement (Otter-Triplnet00000154-179)

II. **The Amazon Marketplace Presents A Novel Retail Ecosystem And Requires That Brands Seeking To Protect Product Quality In The Channel Adopt New Types Of Quality Control Measures.**

8. Amazon is the largest e-commerce platform in the United States. The Amazon platform presents a novel and unique retail ecosystem that manufacturers, brands and consumers are still learning how to navigate. The reality is that most people do not understand how Amazon operates, how products are sold on Amazon and how Amazon's fulfillment operations work. The Amazon platform presents a number of new realities that require brands to take more proactive steps to protect their product quality and brand reputation in the channel and beyond.

9. Amazon accounts for an estimated 37.7% of online commerce during 2019 per EMarketer Inc., among the most widely cited sources for estimates of U.S, online retail sales. Amazon CEO Jeff Bezos disclosed that independent merchants accounted for 58% of gross merchandise sales on the retail site. (Source: https://www.pymnts.com/amazon/2019/amazon-share-ecommerce/)

10. Sales of physical gross merchandise sales sold on Amazon by independent third-party Sellers – mostly small and medium-sized businesses – as opposed to Amazon's own first party sales has grown from 3% in 1999 to 58% in 2018, from $0.1 billion to $160 billion. During this same time period, first-party business has grown from $1.6 billion in 1999 to $117 billion in 2018. (Source: 2018 Amazon Annual Report)

A. <u>Third Party ("3P") Sellers</u>

11. The Amazon Marketplace intermingles two primary business models: Amazon retail (sometimes called "1P" or first-party) and 3P Sellers. 3P Sellers are independent merchants who use the Amazon platform to sell products to customers. 3P Sellers may also use other services from Amazon such as logistics and fulfillment.

12. 3P Sellers now account for more than half of total sales on Amazon. From Amazon CEO Jeff Bezos' 2018 Letter to Shareholders: '. . . . first-party business has grown dramatically . . . , from $1.6 billion in 1999 to $117 billion this past year. The compound annual growth rate for our first-party business in that time period is 25%. But in that same time, third-party sales have grown from $0.1 billion to $160 billion – a compound annual growth rate of 52%."

13. The barrier to entry for 3P Sellers is very low. Typically, there is no preapproval from Amazon required to list products, including the Otter products at issue in this

action. Instead, anyone who is able to somehow obtain products is able to list them for sale on the platform.

14. Amazon offers two selling plans for 3P Sellers—the Professional plan, and the Individual plan. The Professional plan allows Sellers to sell an unlimited number of products for a $39.99 monthly subscription fee. Individual 3P Sellers pay a $0.99 fee per item sold, but no monthly fee. All 3P Sellers also pay other fees to Amazon such as a percentage of revenue, fulfillment fees, etc.

15. Most 3P Sellers on Amazon undertake effort to remain anonymous on the platform—they do not disclose their true identity to buyers, physical address, or even website or email address. 3P sellers are required to disclose their identity to Amazon during the registration process, however, their storefront name/display name may, or may not, clearly disclose the identity of the seller. Buyers may attempt to communicate with Sellers through the Amazon messaging system and sometimes a customer service phone number (to the extent one is provided).

16. Triplenet Pricing Inc. is a 3P Amazon seller that sells anonymously under the storefront name "Triplenet Pricing INC." The Triplenet Pricing Inc. storefront does not disclose its address or email.

B. Product Listings / Detail Pages

17. Product listings—also known as detail pages—are defined by Universal Product Code ("UPC") or European Article Number ("EAN") codes. The following is an example of a detail page for an Otter product, the OtterBox SYMMETRY CLEAR SERIES Case for iPhone Xs & iPhone X:



18. Each product, identified by its UPC code, has one detail page at Amazon. Amazon selling policies prohibit Sellers from creating duplicate detail pages for products

and require Sellers to match to existing detail pages using the product UPC code. All sellers of a product share the same detail page. The result is that all sellers represent that their listings match the detail page and that they are selling the same product as described on the detail page.

19. When a customer buys a product using the "Add to Cart" or "Buy Now" buttons, the Seller whose offer is in the 'Buy Box' receives the sale. Amazon selects the seller using a proprietary algorithm. The identity of this seller is disclosed in non-descript plain text, on the right-side of the screen, and/or may be on the detail page itself. The identity of the seller is not highlighted or obvious to consumers, most of whom do not know the product is being purchased from a third-party Seller. The box where the seller is named is called the "Buy Box" and being selected to appear there is called "winning the Buy Box."

20. In the above example, the Buy Box is being won by a 3P Seller, "Value Stock."

21. This product also has 14 other sellers. To see these other sellers, the customer would have to click the "Used & new (16)" button at the bottom of the product description.

22. Most customers do not know that they can select a different seller. As a result, the vast majority of sales of any product on Amazon go to the seller who wins the Buy Box.

23. Detail pages also contain product reviews, displayed prominently at the top and center of the page. In this case, the Otter product has 3,486 customer reviews with an average of approximately four stars out of five.

24. Because all sellers share the same detail page, they also share the same product reviews left by buyers. Buyers may leave reviews to describe their experience with the product itself – good and bad. Product reviews are not identified by fulfilling seller. When a buyer leaves a review on a detail page, it is generally impossible to determine which seller the customer purchased the product from.

### III. Brand Success And Preserving Brand Reputation In The Amazon Ecosystem

25. Amazon is a unique retail environment, and brands must know how to navigate the unique aspects of Amazon to maximize brand success and preserve their brand reputations.

A. <u>Search Placement</u>

26. Searches on Amazon are not required to be branded and many are unbranded (*i.e.*, consumers are more likely to search for "phone case" than "OtterBox phone case"). Buyers generally search by keyword and may not look for a specific brand, but will instead buy what's listed high in Amazon search results.

27. In my experience, I believe that the majority of sales go to products that appear in the first page of search results.

B. Product Reviews

28. Positive product reviews are also key to success. Customers can leave reviews of products on detail pages on a 1-to-5 star scale. In addition to the star rating, customers are able to leave comments describing their experience with a product. Product reviews are easily viewed by consumers all around the world, whether they have made a purchase at Amazon or not.

29. Reviews are displayed prominently right under the title of the product. One can also click on the reviews to view more detail. For the OtterBox SYMMETRY CLEAR SERIES Case shown earlier, the product has an average rating of 4.2 out of 5 stars, with about 11% of customers leaving a one-star review.



30. Customers rely heavily on product reviews when shopping online. In my experience, more than 50% of Amazon Prime customers look at product reviews before making a purchasing decision. From Business Insider, " . . . 97% of US consumers look at reviews when making their purchasing decisions, with 26% doing so for every purchase and 95% reading more than one review." Source: https://www.businessinsider.com/amazon-fake-product-review-problem-2019-4

31. Nearly 90% of Amazon product views come from their own product search; not from advertising, merchandising, or product aggregators. From 2015 to 2018, Amazon surpassed Google for product searches with 54% of product search results come from Amazon vs. 46% from Google. Source: https://www.retaildive.com/news/amazon-now-dominates-google-in-product-search/531822/   https://go.jumpshot.com/Q2-18-Data-Report.html

32. Product reviews also affect brand success and reputation in other ways. Based on my experience, I believe that Amazon uses product reviews when determining search results – i.e., how high a product ranks in search results – and a product's eligibility for deals such as "Deal of the Day" or "Lightning Deals."

33. Negative reviews hurt search placement. Products that have low review ratings appear lower in search results because Amazon's search algorithm is intended to show products that it believes consumers are more likely to buy first.

34. As demonstrated in the following section, Otter products have received negative reviews for issues that in my experience are often caused by the poor sellers.

**IV.     Brands Face Significant Quality Control Challenges on Amazon**

35. The unique Amazon ecosystem presents brands with significant quality control challenges. Brands must manage their Sellers and institute channel-unique quality controls to mitigate these challenges and preserve their reputations and consumer experiences.

36. The reality of millions of Anonymous 3P Sellers brings significant quality challenges for brands. As an initial matter, when Sellers are anonymous, they are less accountable to the brand and customers. Amazon allows Sellers to select a storefront name that need not bear any relation to their actual business name. Amazon collects performance data on Sellers, and Sellers can view their own performance data in their Account Health Dashboard in Seller Central. The performance data includes the Seller's Order Defect Rate, Late Shipment Rate, Pre-fulfillment Cancellation Rate, and Valid Tracking Rate. However, brands and buyers cannot view any of this performance data on the Amazon website. The only Seller performance data visible to brand and buyers is Seller feedback.

37. Unique Amazon fulfillment practices also present another source of quality control challenges. Many 3P Sellers choose to use a program called Fulfillment by Amazon (FBA), whereby they send inventory to Amazon fulfillment centers. Some unique fulfillment practices that any brand seeking to maintain quality must account for include:

    a. <u>Commingling</u>. Under Amazon's commingling policy, when a customer orders a product from a 3P Seller using FBA, Amazon often/typically ships the product from any other 3P FBA Seller's inventory in closest proximity to the consumer. Commingling is particularly challenging to brands' quality control efforts because consumers may unknowingly be receiving their product from the worst quality 3P Seller. To opt out of Amazon's commingling policy, resellers must apply their own Fulfillment Network Stock Keeping Unit (FNSKU) stickers to every individual product. This step is an extra cost for Sellers, but is essential to a brand's ability to maintain strong quality control on Amazon.

    b. <u>Sourcing</u>. Amazon does not require Sellers to disclose product sources when listing items for sale at Amazon. In my experience, I am aware that sellers purchase inventory from manufacturers, authorized distributors, retail stores, liquidation sources, or other sources including overseas web sites such as Alibaba.com.

38. When consumers receive low quality products from the Amazon channel, they frequently leave negative reviews. I examined the negative reviews for the "OtterBox SYMMETRY CLEAR SERIES Case for iPhone Xs & iPhone X" and identified the following examples of negative reviews of the product that were likely caused by unauthorized 3P Sellers who do not follow quality controls:

      a.      This consumer complained of ordering an Otter product but receiving a product from another brand. In my experience, this type of buyer complaint may result from a purchase fulfilled with product from an unauthorized 3P seller.



      b.      This consumer complained about receiving an "obviously used" and dirty OtterBox product with a "strong perfume smell" on the packaging. This issue was also likely caused by an unauthorized seller, whether by intentionally or inadvertently shipping a used product, allowing commingling, storing the product improperly, or failing to inspect the product before shipment.



      c.      This consumer complained about receiving a defective product. In my experience, this type of complaint may result from a defective product shipped by unauthorized sellers who source their products from unreliable sources such as liquidators or fail to inspect their products.



       d.       This consumer complained about receiving a product that was not of the same quality that the consumer expected from their previous experiences with Otter. Because there are so many unauthorized sellers of Otter products, consumers do not know who to blame for such reviews and default to blaming Otter.

★☆☆☆☆ **Garbage Case, Defective!**
February 25, 2018
Size: Case | Color: CLEAR | Package Type: Standard Packaging | **Verified Purchase**

Paid $30 for this case and without even dropping the case it cracked. Scratches very easily and many cracks in the case. I think this one was defective since otterbox's are usually good cases. Very disappointed in amazon and otterbox. This is the only case I have so I still have to use it but I need a new case. Garbage!!!

One person found this helpful

39.    Notably, even if the text of the review blames the Seller, the one-star rating still drags down the overall review score of Otter's products, hurting their reputation in the eyes of consumers and may cause those products to become disfavored in search results.

## V. Otter's Quality Controls Represent A Substantial Effort By The Brand To Address The Unique Quality Control Challenges In The Amazon Channel.

40.    In light of the novel quality challenges unique to the Amazon ecosystem, brands must have the ability to maintain oversight over any sellers of their products in the channel to minimize the risk of product quality problems.

41.    I have examined Otter's quality control policies and believe that they are legitimate, substantial, and important measures for maintaining quality in the Amazon channel. In particular, the following Otter quality controls are important to preserving the Otter reputation and protecting consumers purchasing on Amazon:

42.    <u>Approval of sellers</u>. Otter's policy of requiring sellers to seek Otter's approval to sell online, and on Amazon specifically, and allow Otter to vet them, is a legitimate, substantial, and important quality control. As explained above, quality problems that customers encounter on Amazon can be difficult to trace to particular sellers. An important step in minimizing the risk of these problems is to ensure that only the highest quality sellers are selling brands in the channel – both to ensure that sellers are subject to the brand's quality controls and oversight, and to ensure that the brand knows who all its sellers are so that quality issues can be investigated and resolved. Requiring approval and vetting also lets Otter ensure that its sellers are following all of Otter's other quality controls.

43.    <u>Seller anonymity</u>. Otter's policy of banning anonymous online sales is a legitimate, substantial, and important quality control. Anonymous Sellers are less accountable to Otter and customers and more likely to ship poor-quality products.

44.    <u>Fulfillment practices</u>. Otter's policy of banning fulfillment practices that contribute to quality control issues such as commingling is a legitimate,

        substantial, and non-pretextual quality control. As discussed earlier, these practices substantially increase the risk of customers receiving bad products.

45. <u>Inspection requirements</u>. Otter's policy of requiring Sellers to inspect products before shipping them is a legitimate, substantial, and non-pretextual quality control. When customers buy a product in the brick-and-mortar setting, they do the inspection work for the brand by viewing and touching the product before buying it. However, in the e-commerce context, customers must rely on the Seller to do this point-of-sale inspection.

46. <u>Storage requirements</u>. Otter's policy of requiring proper storage is a legitimate, substantial, and non-pretextual quality control. Although Otter's products are intended to be durable, poor storage can nevertheless cause the product to become dirty, scratched, or take on a smell.

## VI. Conclusion

47. Although Amazon is an invaluable sales channel for many brands, its lack of quality controls on items sold by 3P sellers combined with the low barrier to entry into the 3P marketplace creates significant risks to product quality and brand reputation. All brands should take steps to protect their brand reputation on Amazon, including creating legitimate quality controls. Otter's quality controls are legitimate and necessary to protecting its brand reputation on Amazon.

_____

Cathy Ceely

Seattle, WA

October 1, 2019

Otter Products, LLC et al. v. Triplenet Pricing, Inc. et al.

Case No. 1:19-cv-00510 (D. Colo.)

Expert Report of Cathy Ceely

substantial, and non-pretextual quality control. As discussed earlier, these practices substantially increase the risk of customers receiving bad products.

45. **Inspection requirements.** Otter's policy of requiring Sellers to inspect products before shipping them is a legitimate, substantial, and non-pretextual quality control. When customers buy a product in the brick-and-mortar setting, they do the inspection work for the brand by viewing and touching the product before buying it. However, in the e-commerce context, customers must rely on the Seller to do this point-of-sale inspection.

46. **Storage requirements.** Otter's policy of requiring proper storage is a legitimate, substantial, and non-pretextual quality control. Although Otter's products are intended to be durable, poor storage can nevertheless cause the product to become dirty, scratched, or take on a smell.

## VI. Conclusion

47. Although Amazon is an invaluable sales channel for many brands, its lack of quality controls on items sold by 3P sellers combined with the low barrier to entry into the 3P marketplace creates significant risks to product quality and brand reputation. All brands should take steps to protect their brand reputation on Amazon, including creating legitimate quality controls. Otter's quality controls are legitimate and necessary to protecting its brand reputation on Amazon.

Cathy Ceely

Seattle, WA

October 1, 2019