THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00510-DDD-MEH

OTTER PRODUCTS, LLC, and
TREEFROG DEVELOPMENTS, INC.,

    Plaintiffs/Counter-Defendants,
     v.

TRIPLENET PRICING, INC.,

    Defendant/Counter-Claimant,

and

TRIPLENETPRICING LLC,
ERIC SYPES, and
JOHN DOES 1-10, individually or as corporate/business entities,

    Defendants.

---

**DECLARATION OF KEVIN MCPHERSON IN SUPPORT OF PLAINTIFFS' REPLY TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS AND FOR SUMMARY JUDGMENT ON ALL OF DEFENDANT TRIPLENET PRICING INC.'S COUNTERCLAIMS**

---

I, Kevin McPherson, make the following declaration in support of the Reply to Motion for Partial Summary Judgment filed by Plaintiffs/Counter-Defendants Otter Products, LLC and TreeFrog Developments, Inc. (collectively, "Plaintiffs") in the above-captioned matter.

1.     I am Senior Director of Brand Protection and Corporate Counsel for Otter Products, LLC. I have personal knowledge of the facts in this Declaration and, if called as a witness, could and would testify to such facts under oath.

2.     Attached as Exhibit 8 to my declaration in support of Plaintiffs' Motion for Partial Summary Judgment ("MSJ") were true and correct copies of the warranty statements for

1

OtterBox® and LifeProof®-brand products. Exhibit 8 included Word versions of the OtterBox® and LifeProof warranties and a printout of those same warranties from the otterbox.com and lifeproof.com websites (https://www.otterbox.com/en-us/warranty-full.html and https://www.lifeproof.com/en-us/global-warranty.html).

3. OtterBox® and LifeProof®-brand products also come with hard copies of those warranty statements inside product packaging like the scanned document that Defendant Triplenet Pricing Inc. filed with the Court as "Exhibit 21" to its Answering Brief in Opposition to Plaintiffs' MSJ (ECF 44 at 20-22).

4. The warranty language in Triplenet's Exhibit 21 is identical to the warranty language in Exhibit 8 to Plaintiffs' MSJ.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2020, in Fort Collins, Colorado.

By: _____
Kevin McPherson